# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

141028

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 141028
COA: 295540
Huron CC: 05-004401-FH

KEVIN LEE TETREAU,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 27, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

p0920